UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  UNITED STATES OF AMERICA,

                     -against-

  GIBRAN GUERRERO AND YORVIN GOMEZ,
                                  Defendants.
------------------------------------------------------------X

23 Cr. 411 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the status conference currently scheduled for January 16, 2024, is adjourned to **March 11, 2024, at 10:45 a.m.**

Dated: January 2, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**