UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                                              :        23 Cr. 411 (LGS)
                            -against-                         :
                                                              :        ORDER
  GIBRAN GUERRERO AND YORVIN GOMEZ,                           :
                                            Defendants.       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, this Court is currently presiding over a criminal trial, which is expected to

continue into the week of March 11, 2024.  It is hereby

        **ORDERED** that the status conference currently scheduled for March 11, 2024, is

adjourned to **March 18, 2024, at 10:30 a.m.**


Dated: March 7, 2024
        New York, New York

                                                **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**