UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                             -against-

    GIBRAN GUERRERO AND YORVIN GOMEZ,
                                  Defendants.
------------------------------------------------------------X

23 Cr. 411 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    **ORDERED** that the trial scheduling order dated March 25, 2024, is amended as follows:

- The final pretrial conference is adjourned from November 19, 2024, at 11:00 a.m. to **November 21, 2024, at 3:30 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

- The parties shall file any motions in *limine* no later than **October 25, 2024,** and any responses to the motions no later than **November 1, 2024.** The parties' joint statement pursuant to Individual Rule I.1., joint proposed *voir dire*, joint proposed requests to charge and joint proposed verdict sheet shall be filed no later than **November 1, 2024, at 12:00 P.M.**

Dated: October 8, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE