

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 1, 2024

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application Granted.  The December 3, 2024, jury trial and all pretrial deadlines are adjourned *sine die*.  By **November 21, 2024**, the parties shall file a joint letter with proposed next steps including their availability to proceed to trial in February or later April 2025. The conference currently scheduled for November 21, 2024, is adjourned to **December 3, 2024, at 10:45 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 34.
>
> Dated: November 6, 2024
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

    Re:    *United States v. Gibran Guerrero*, 23 Cr. 411 (LGS)

Dear Judge Schofield:

Earlier today at defendant Gibran Guerrero's request, Judge Moses relieved prior counsel and appointed Max Nicholas to represent the defendant.  At the conference, Mr. Nicholas advised the Court that he would seek an adjournment of the trial, and the defendant stated that he understood that an adjournment would be sought.

To provide Mr. Nicholas with sufficient time to prepare for trial, the parties respectfully request that the Court adjourn all upcoming pre-trial filing deadlines and the December 3, 2024 trial in this matter *sine die*.  At the November 21, 2024 conference, counsel will be prepared to propose to the Court a schedule for the case going forward.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Rushmi Bhaskaran
    Mathew Andrews
    Rushmi Bhaskaran
    Assistant United States Attorneys
    (212) 637-6526 / 2439

Cc:    Max Nicholson (by ECF)