UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    GIBRAN GUERRERO,
                               Defendant.
------------------------------------------------------------X

23 Cr. 411 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Gibran Guerrero's sentencing hearing will be held on **September 2, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **August 11, 2025**.  The Government's pre-sentencing submission, if any, shall be filed by **August 14, 2025.**

Dated: May 16, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**