

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

July 6, 2025

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<u>**United States v. Gibran Guerrero, 23 Cr. 411 (LGS)**</u>

Dear Judge Schofield:

  My firm represents defendant Gibran Guerrero in the above-captioned case. Sentencing in this case is currently scheduled for September 2, 2025, following Mr. Guerrero's guilty plea to three counts of Superseding Information S1 23 Cr. 411 (LGS), which carry a mandatory minimum sentence of 17 years' imprisonment. I respectfully write to request that the Court adjourn Mr. Guerrero's sentencing proceeding for approximately two months. There are two reasons for this request.

  First, an issue arose during the recent interview of Mr. Guerrero by the Probation Department for purposes of preparing its Pre-Sentence Investigative Report, and the interview needs to be rescheduled and conducted again. This will push back the timing of the Probation Department's preparation of its draft report, defense counsel's review of the draft report with Mr. Guerrero and discussion with him of any possible objections, the Probation Department's preparation of its final report, and defense counsel's preparation with Mr. Guerrero for sentencing, including the preparation of sentencing materials based in part on the final report.

  Second, I am scheduled to begin a criminal trial before the Hon. Andrew L. Carter on July 22, 2025, which (based on representations from the Government) I expect to last approximately 10 days. In light of the time that I will need to spend preparing for and participating in that trial, I believe an adjournment of Mr. Guerrero's sentencing will help ensure that I have sufficient time to devote to the preparation of his sentencing materials and to the discussion of the sentencing proceeding with him.

Application Granted, Defendant Guerrero's sentencing currently scheduled for September 2, 2025, is adjourned to **November 4, 2025, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **October 14, 2025**. The Government's sentencing submission shall be filed by **October 17, 2025**. The Clerk of the Court is directed to terminate the letter motion at docket number 44.

Dated: July 9, 2025
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE



    The Government consents to this request.  This is the first request by either party to adjourn Mr. Guerrero's sentencing.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Max Nicholas*

_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
