

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 5, 2026

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

 Re:  *United States v. Gibran Guerrero*, 23 Cr 411 (LGS)

Dear Judge Schofield:

 The Government writes to request a brief two-week adjournment of the sentencing in this matter, in which the defendant faces a seventeen-year mandatory minimum sentence. By the date of sentencing, neither AUSA originally assigned to this case will be employed by the United States Attorney's Office. While new counsel has been assigned, a brief adjournment will allow the Government to ensure it has an opportunity to fully prepare an appropriate sentencing presentation, comply with victim notification requirements, and file any necessary briefing.

 The defense does not consent to an adjournment and has noted that a member of the defendant's family has traveled from outside the country to attend the sentencing and will be departing the United States by January 14.

Due to a conflict in the Court's schedule, this application is Granted in part.  The sentencing hearing currently scheduled for January 13, 2026, is adjourned to **February 17, 2026, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **February 2, 2026**.  The Clerk of the Court is directed to terminate the letter motion at docket number 56.

Dated: January 7, 2026
New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  ___/s/_____
 Ashley C. Nicolas
 Timothy Ly
 Assistant United States Attorneys
 (212) 637-2467

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**