UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

GIBRAN GUERRERO,

                         Defendant.

------------------------------------------------------------ X

         23 Cr. 411 (LGS)

           ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on March 17, 2026.  It is hereby

**ORDERED** that the Metropolitan Detention Center Brooklyn shall permit Defendant Gibran Guerrero to submit, through his counsel, to the Court a hard copy of his sentencing letter(s).  It is further,

**ORDERED** that the parties shall appear for a sentencing hearing on **March 23, 2026, at 2:30 p.m**. in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: March 17, 2026
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**